Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 3 | **DATE** | 02/15/08 |
| **CASE TITLE** | USA vs. David Vizcarra | | |

**DOCKET ENTRY TEXT**

Defendant David Vizcarra's Motion for release from custody for one month [16] is granted over the government's objection for the reasons stated in open court. Defendant David Vizcarra is ordered to surrender to the U.S. Marshals on 03/19/08.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

3 CC USM