UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF ) | |
| v. ) | Case No. 07 CR 821-3 |
| ) | |
| ) | Judge Charles Norgle |
| DAVID VIZCARRA, ) | |
| ) | |
| DEFENDANT ) | |

**NOTICE OF EMERGENCY MOTION**

TO:   AUSA Marny Zimmer
      219 S. Dearborn, 5th Fl.
      Chicago, Illinois 60604


   Please take notice that as soon as the Court is able to hear this motion, I will appear before Honorable Judge Nolan in the courtroom usually occupied by her in the Dirksen Federal Building, 219 South Dearborn, Chicago, Illinois and there present **DEFENDANT DAVID VIZCARRA'S EMERGENCY MOTION FOR TWO TO THREE DAY RELEASE ON BOND**, a copy of which is hereby served.

                                    s/Steven Saltzman__
                                    Steven Saltzman

**PROOF OF SERVICE**

   I, _Steven Saltzman_, an attorney hereby certifies that on April 14, 2008 in accordance with the Fed.Crim.P. 49, Fed.R.Civ.P.5 and LR5.5, and the General Order on Electronic Case Filing (ECF), the above stated motion was served pursuant to the district court's ECF system as to ECF filers.
                                     s/Steven Saltzman

Steven Saltzman
122 S. Michigan Ave., Ste 1850
Chicago, IL  60603
312-427-4500