## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 3 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. David Vizcarra | | |

**DOCKET ENTRY TEXT**

Continued motion hearing held. For the reasons stated in open court, defendant's motion for release from custody (2-3 days) [25] is granted. Enter Order Setting Conditions of Release. Defendant is hereby ordered released from the custody of the U.S. Marshals lock-up on the 24th floor at 219 S Dearborn St. Defendant is hereby ordered to self surrender on April 18, 2008 at 9:30 a.m. to the U.S. Marshals, in courtroom 2341 (Judge Norgle).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 3 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. David Vizcarra | | |

**DOCKET ENTRY TEXT**

Continued motion hearing held. For the reasons stated in open court, defendant's motion for release from custody (2-3 days) [25] is granted. Enter Order Setting Conditions of Release. Defendant is hereby ordered released from the custody of the U.S. Marshals lock-up on the 24th floor at 219 S Dearborn St. Defendant is hereby ordered to self surrender on April 18, 2008 at 9:30 a.m. to the U.S. Marshals, in courtroom 2341 (Judge Norgle).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|

## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Charles R. Norgle | **Sitting Judge if Other than Assigned Judge** | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821 - 3 | **DATE** | 4/15/2008 |
| **CASE TITLE** | USA vs. David Vizcarra | | |

**DOCKET ENTRY TEXT**

Continued motion hearing held.  For the reasons stated in open court, defendant's motion for release from custody (2-3 days) [25] is granted. Enter Order Setting Conditions of Release. Defendant is hereby ordered released from the custody of the U.S. Marshals lock-up on the 24th floor at 219 S Dearborn St.  Defendant is hereby ordered to self surrender on April 18, 2008 at 9:30 a.m. to the U.S. Marshals, in courtroom 2341 (Judge Norgle).

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|