07CR821-3 **FILED**

May 8, 2008

MAY 8 2008

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

Dear Your Honorable Judge Norgle,

I write you this letter to see and ask You if you can please grant me the motion that is included with this letter. For the reasons that are stated in this motion. As you can tell I couldn't even put my case number on it because I don't even know that much of my case. Please take this all into Consideration in your descision. Can you please give my prosecutor a Copy of the motion so she could know what is going on. I am sorry but I don't even know who my prosecutor is. Thank You your Honor.

Respectfully
David H Vizcarra

P.S. Is there any way that I can get my case number and my Prosecutors name? Your Honor.
Thank You