UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
May 8, 2008
MAY 8 2008

JUDGE CHARLES R. NORGLE
U.S. District Court Judge

United STATES OF AMERICA
Plantiff

NO. 07CR821-3

V.

DAVID H VIZCARRA
Defendant

## Defendant Vizcarra Motion For Substitution of Attorney

The defendant, David H. Vizcarra, Pro SE, moves The Court to provide a substitute attorney and herby requests that Counsel of Record Mr. Steven Saltzman, be removed and Replaced for the following Reasons:

1. Counsel of Record MR. STEVEN SALTZMAN, is NOT effective and Competent attorney in my case.

2. Counsel MR. STEVEN SALTZMAN, lies to me about my case and Never explains what is taking place in MY CASE,

a) I have asked Counsel MR. STEVEN SALTZMAN, SEVERAL Times to send me the paper work on my Case, But Counsel MR. STEVEN SALTZMAN, says He's in trial at this point of time, busy and does not have time.

b) Counsel tells me he is going to come and visit me to discuss my case, but does not show up.

3. Counsel Mr. STEVEN SALTZMAN, does not explain to defendant what is either said nor taking place in court, although defendant has made that he does not understand what is being said or taking place.

4. While on release from detention on conditions, on the day I was given to come back Counsel MR STEVEN SALTZMAN, didn't know were I was to turn my self in, we spoke on the phone and I tried to give Counsel MR. STEVEN SALTZMAN, information that will help in my case in the future, but I never get a chance He rushes me off the phone.

WHEREFORE, for the foregoing reasons, it is respectfully requested that the foregoing motion be granted.

Respectfully submitted

*David H Vizcarra*

DAVID H. VIZCARRA
Pro-se

David H Vizcarrea
#399745
200 E Merchant St
Kankakee IL 60901

LEGAL MAIL

Honorable Judge Nolge
219 S. Dearborn St
Floor #23
Chicago IL 60605