# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 821-3 | **DATE** | 5/8/2008 |
| **CASE TITLE** | United States vs. Aguirre, et. al. | | |

**DOCKET ENTRY TEXT**

Clerk shall file unsolicited communication from Defendant David H. Vizcarra and send copies to all counsel of record.

*Charles Norgle* [signature]

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | EF |
|---|---|---|