## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                               Case No.: 1:07−cr−00821
                                                  Honorable Charles R. Norgle Sr.

Rogelio Aguirre, et al.

                      Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 23, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr. as to Antonio Vasquez, David Vizcarra, Jacinto Vizcarra: David Vizcarra's motion to substitute attorney [36] is withdrawn. Status hearing held on 5/23/2008. Status hearing is continued to 7/1/2008 at 10:00 a.m. Time is excluded until 7/1/2008. Mailed notice (ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.