*MHN*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **PLAINTIFF** | ) | |
| v. | ) | **Case No. 07 CR 821-3** |
| | ) | |
| | ) | **Judge Charles R. Norgle** |
| DAVID VIZCARRA, | ) | |
| | ) | |
| **DEFENDANT** | ) | |

## AGREED ORDER

Counsel for David Vizcarra has requested a new date for his change of plea. The Government has no objection. The parties have requested that the change of plea be re-set from August 21, 2008 to September 5, 2008 at 10:00 a.m. It is hereby ordered that the change of plea for Mr. Vizcarra be re-set from August 21, 2008 to September 5, 2008 at 10:00 a.m.

Enter this 20 day of August, 2008

United States District Court Judge
Charles R. Norgle

Steven Saltzman
122 S. Michigan Ave. Suite 1850
Chicago, IL 60603
312-427-4500